Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

_____ District of  Columbia

\_\_\_Civil_____ Division

| | |
|---|---|
| John Doe <br><br> *Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Donald J. Trump <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case: 1:24-cv-03303 <br> Assigned To : Unassigned <br> Assign. Date : 11/18/2024 <br> Description: Pro Se Gen. Civ. (F-DECK) |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**



Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John Doe |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title *(if known)* | President elect of the United States of America |
| Street Address | 1100 S. Ocean Blvd. |
| City and County | Palm Beach, Palm Beach County |
| State and Zip Code | Florida 33480 |
| Telephone Number | 561-832-2600 |
| E-mail Address *(if known)* | |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 793, 1512, 1519, 2, 371, 241. Federal Rule of Civil Procedure 78 (b) and 65, Federal Rule of Evidence 603, 4th, 5th, 6th,14th and 20th Amendments to the U.S. Constitution, Code of Conduct for United States Judges Canons 1 & 2, U.S. Constitution-Article II Section 7, 28 U.S.C. 2202.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$0.00. I am not seeking monetary relief. I am seeking an injunction preventing the defendant, Donald J. Trump, from being sworn in as President of the United States on January 20, 2025 at noon on the steps of the United States Capitol in Washington, D.C. by the Chief Justice of the United States Supreme Court John G. Roberts.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

January 6, 2021 and numerous events thereafter including the defendant garnering enough electoral votes on November 5, 2024 to be elected president of the United States of America. I am seeking an injunction to prevent the swearing in of Donald J. Trump for the following reasons: A. he will not abide by the oath of office to protect, defend and preserve the constitution of the United States B. He will not abide by federal law C. His roundup of illegal aliens will violate the 4th, 5th, and 6th amendments, will cause property damage and loss of life including first responders and innocent american citizens will be caught up in carnage and chaos D. He has 34 felony convictions and does not qualify for the security clearances involved as commander in chief. E. He will be chief executive officer of agencies and cabinet department he could not get a job in such as FBI, CIA, NSA, Defense, Justice, Energy F. He likely to

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The acts by President Trump from January 20, 2017 until January 20, 2021, his lawsuits and statements after leaving office, his behavior in the 2024 election. What happened to me is a shattering of the principles our country should stand for, the lawlessness by the defendant, using his fame and money to shatter the lives of his loyalists such as attorney pleading guilty to felonies, supporters incarcerated, the downfall of Rudy Giuliani, his mysogeny, racism, dishonesty. He has 34 felony convictions and charges pending in 3 cases, a civil judgment from NY finding him liable for committing sexual assault, three pending civil judgments on appeal awarding $582 million. 30,573 lies told during the 4 years as POTUS as documented by the Washington Post. I am fearful of what this man will do to my country if he serves as POTUS. I believe he will viciously attack those on his enemies list and will plan to attack Iran militarily within weeks of assuming the presidency in light of the FBI arresting 3 Iranians plotting to assassinate Trump and the Defense Department recently met, and leaked the meeting to the press, on how to respond to orders by Trump as commander in chief that they do not want to follow.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I am not seeking money.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for an order from a federal judge, which will immediately be appealed by the defendant, to prevent the swearing in ceremony of Donald J. Trump to be POTUS on January 20, 2025 at noon at the United States Capitol. The Chief Justice of the USSCT has sworn in every president since 1960 except for LBJ after the assassination of John Kennedy in November 1963 in Dallas, Tx. This event is being planned presently. The relief I propose, if the injunction is granted and Trump is not sworn in as POTUS, and Vice President Harris not receiving 270 electoral votes, is to extend the presidency of Joseph Biden, who was elegible for a second term, until July 20, 2025 and have another election at the end of May 2025. These leaves a slightly shorter transition period from June 1 until July 20th and ample time for each party to select their candidate for another presidential election.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 15, 2024

Signature of Plaintiff: John Doe
Printed Name of Plaintiff: John Doe

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Specific claims by the plaintiff, John Doe, in opposition to the swearing in of Donald J. Trump as President of the United States (POTUS) on January 20, 2025 at noon on the steps of the United States Capitol in Washington, D.C. by the Chief Justice of the United States Supreme Court, John G. Roberts.

### The Defendant has stated he will not abide by the U.S. Constitution

The defendant was elected president of the United States on November 5, 2024, winning the popular vote and more than 270 electoral college votes. Vice President Kamala Harris conceded the election on Wednesday November 6, 2024 in an eloquent and inspirational speech at Howard University. That speech has motivated the plaintiff to continue to petition the government to redress grievances as afforded him under the first amendment of the U.S. Constitution.

Pursuant to the XX Amendment of the United States Constitution (1933) the president elect is to take the following oath of office:

"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States" ( Article II Section 7 U.S. Constitution).

On December 3, 2022 the defendant stated he would be for the "termination of all rules, regulations and articles, even those found in the constitution". This was 19 days into his third campaign for POTUS.

On December 5, 2023 the defendant responded to a question propounded to him by Sean Hannity of the FOX network at a town hall meeting in Iowa if he would act like an autocrat or dictator if elected POTUS? His answer was: "no, except for day one".

These were statements evincing the true mindset of the defendant. When it was brought to his attention the controversial nature and unacceptability of them he tried to downplay them and say he was joking. It was this personality that we were warned of in the book: A Clear and Present Danger: Narcissism in the Era of Donald Trump by Steven Buser, released before the 2016 election on July 26, 2016, right before the election warning of his incurable narcissism.

These statements are intolerable and inconsistent with the spirit of our constitution and Declaration of Independence. They evince the mindset of one who will be lying when he takes the oath of office and this complaint seeks to prevent him from taking that oath. They imperil our nation if we entrust the role as commander in chief of our armed forces and other powers entrusted to the POTUS because he will not preserve protect and defend the constitution.

**Specific instances in the life of the defendant which support the premise that he will lie when he takes the oath of office.**

The defendant was convicted in New York, NY by a jury of his peers of 34 felony counts of first degree falsifying business records. His sentencing has been delayed at his request twice and is currently set for November 26, 2024. These felony convictions would preclude the defendant from being hired by numerous agencies of the federal government of which he would be chief executive officer of if sworn in. He would not even get an interview at the FBI, CIA, NSA, most positions at the Defense department, any job requiring a security clearance such as anti-terrorism at the Justice Department or nuclear issues at Energy.

He has two civil judgments of $5 million dollars and $82 million from jury trials in New York. A jury found that he sexually assaulted E. Jean Carroll. When Trump attacked her veracity claiming he never met the woman 26 other women came forward with claims of sexual abuse by Trump from 2017-2021. Several have brought cases which were withdrawn, settled. He is an expert at bullying and intimidation tactics. A domestic violence conviction can prevent one from getting a job in the federal government pursuant to Public Law 1-4 208 of the Omnibus Consolidated Appropriation Act of 1997. His sexual assault judgment will not prevent him becoming POTUS but would prevent him from most federal jobs.

These cases are on appeal as is a $500 million dollar judgment he has from litigation with the Attorney General of the State of New York for fraudulent business practices. His 34 felony convictions and judgment from the NY attorney general are cases involving dishonesty. Under the Federal Rules of Evidence these cases can be used to discredit him if he were to testify under oath and many jobs

He has pending felony cases in three jurisdictions: two federal cases and one case

in Fulton County, Georgia. The specific indictments and charges are listed in more detail in the appendix to this complaint. Dishonesty is at the forefront of the Southern District of Florida case wherein the defendant took secret and top secret documents with him from the White House at the end of his term of office in January 2021. He was asked to return these documents, refused, and they were seized by the FBI in a raid at his Mar A Lago residence. He was indicted for felonies, the case was dismissed after the USSCT ruling in **Trump v. United States,** and that dismissal is being appealed by special counsel Jack Smith to the U.S. Court of Appeals for the 11th circuit in Atlanta, Ga. This is another incident questioning the respect for the constitution, rule of law, and his dishonesty.

The other pending federal case involves the incitement to riot and attempt to interfere with the receiving of the electoral college votes by the Vice President of the United States on January 6, 2021 to officially find Joe Biden as the winner of the November 2020 and election and to be the next POTUS. In a speech at the Ellipse across from the White House Trump incited the crowd to go to the Capitol and protest. What followed was one of the worst days in American history. The attack on the Capitol lead to a ten month investigation by a congressional select committee which issued a report. Special counsel Jack Smith indicted the defendant for felonies. That case is now in abeyance after the election of the defendant. Over 1000 who stormed the capitol were arrested by the FBI and hundreds of convictions have been obtained, trials won by the DOJ, and some individuals receiving lengthy prison sentence, for being Trump loyalists.

His last pending felony case out of Atlanta, Georgia relates to Trump calling the Secretary of State of Georgia and requesting he fraudulently transfer over 11,000 votes to him so that he would win the State of Georgia in the 2020 election and its electoral college votes. It is not above the defendant to request and even demand his employees commit felonies. His loyalist Rudy Giuliani and other attorneys falsely accused election workers of conspiring against Trump. The fall from grace of at one time, after 9/11/2001, one of our nation's most trusted and respected leaders as mayor of N.Y. city after 9/11 to fall under the spell of Trump

and to now face bankruptcy, a civil judgment of over $100 million dollars and the opening of a go fund me account. Several attorneys have plead guilty to felonies for pushing Trump's lies over his election loss of 2020.

Article II Section (8) of the U.S. Constitution enumerates the most important powers conferred on the POTUS. It was the intent of the framers to have checks and balances and the Congress was supposed to be the most powerful of the three branches of government. The POTUS is: commander in chief of the Army and Navy and of the Militia of the several states …, He may require the Opinion, in writing, of the principal Office in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, the Power to Grant Reprieves and Pardons, Make Treaties with Senate concurrence, Power to Appoint Ambassadors and Judges of the Supreme Court and other appointments established by law.

It is incumbent on the Chief Justice of the USSCT to not swear in Donald J. Trump as POTUS on January 20, 2025. He should not be entrusted with the powers of commander in chief and access to secret documents, briefings by the CIA, NSA etc. due to his lack of respect for the preservation of government secrets by his federal indictment in the Southern District of Florida which is on appeal. The recent arrest by the FBI of Iranians conspiring to assassinate the defendant is of particular concern that he will attack Iran. Many in the intelligence community and defense department who denounced his candidacy fear what actions he will take as commander in chief. His record of dishonesty which would make him ineligible for the jobs he will now command is an imminent threat to the peace and tranquility of the nation.

In a speech at the Faith and Freedom Coalition on June 24, 2024 Trump stated he will get "retribution" and "I am your retribution". He spoke of "the enemy within". These enemies are anyone who will not do what he wants, when he wants it. He had been referred to by many as a petulant child. These are some of the "enemies" who can expect his retribution and assault on their reputations and liberty by the House and Senate Judiciary Committee and DOJ under someone like

-4-

Matt Gaetz: Hillary Clinton, James Comey, Mark Milley, Joe and Hunter Biden, FBI officials part of the crossfire hurricane investigation such as Peter Strzok, Lisa Page, Andrew McCabe, Eric Holder, John Kelly, the law firm Perkins Coie and the Democrat National Committee, employees at MSNBC and CNN, Mary Trump, Michael Cohen, and just about anyone he feels slighted him or did not give total loyalty.

In Federalist Paper LXX by Alexander Hamilton, The Executive Department Further Considered Hamilton wrote: Men often oppose a thing, merely because they have had no agency in planning it, or because it may been planned by those whom they dislike. But if they have been consulted, and have happened to disapprove, opposition then becomes, in their estimation, an indispensable duty of self-love. They seem to think themselves bound in honor, and by all the motives of personal infallibility, to defeat the success of what has been resolved upon contrary to their sentiments. Men of upright, benevolent tempers have too many opportunities of remarking with horror, to what desperate lengths this disposition is sometimes carried, and how often the great interests of society are sacrificed to the vanity, to the conceit, and to the obstinacy of individuals, who have credit enough to make their passions and their caprices interesting to mankind. Perhaps the question now before the public may, in its consequences, afford melancholy proofs of the effects of this despicable frailty, or rather detestable vice, in human character. (page 400 of The Federalist Papers: A Collection of Essays, Fall River Press, NY 2017).


**Other instances of dishonesty in the life of the defendant insuring that he will lie when taking the oath office.**

In the book The Art of the Deal Donald Trump boasted that he was valedictorian of the Wharton School of Finance. He did graduate from this University of Pennsylvania Ivy League college. He did not graduate with honors nor was he valedictorian.

During his career as head of the Trump Corporation with interests in hotels, restaurants, golf courses, casinos and other ventures Trump was involved in

hundreds of lawsuits where he was accused of not paying contractors who did repairs, painted, built his buildings, maintained his golf courses. At the heart of this is more fraud by a career grafter, disreputable businessman who would not reveal his tax returns in his campaigns. Constantly under investigation. Filed for bankruptcy 5 times. This is often done to evade litigation or delay prosecution and lawsuits for disreputable practices.

His Trump Shuttle airline, foray into the world of professional football with the USFL, failure of casinos all betray the public relations mirage he has created. He parlayed his fame from The Apprentice to winning the presidency in 2016, a title it appeared he truly did not want and that the campaign was just a con to improve his brand. It is widely held that his campaign donations are used to pay his attorneys, his rallies are free publicity, he gets in trouble whenever he stops reading from the teleprompter, recently attacking Liz Cheney, and this campaign was widely considered to be for the sole purpose of getting into office so he can have his attorney general drop the two federal investigations against him. He will punish the IRS for their audits and probably fire FBI director Wray and Attorney General Garland who has been ethical prosecuting the son of the POTUS.

He has demonstrated a lack of intellectual curiosity when he was POTUS and boasted, LIED, of having more knowledge of his generals, about COVID. He addressed the American people from the podium in the White House Press Briefing room regarding COVID, with the leading experts in the room, and actually told the American public and media that it was a desired practice for COVID treatment to, wait for it, yes he told us to drink bleach. When corrected by the expert, she was castigated and that was the beginning of the end for her in the eyes of the "King". The founding fathers of our nation were very considered of our POTUS acting like a king. One of the most important aspects of the 1789 Constitution was the guarantee of trial by a jury of one's peers because the King picked his judges and the judges did what the King wanted, leading to many injustices.

In the campaign Trump took advantage of his invitation to and attendance at the Al Smith dinner in New York, sponsored by the Catholic church. He made the failure of the Vice President, Kamala Harris, who chose not to attend, a political

-6-

issue knowing that she did not attend because one of her motivating factors in deciding to go to law school was that a childhood friend was sexually molested. The Catholic Church as paid over $ 2 billion dollars in settling lawsuits by priests who molested children and would transfer them to another parish so they could continue to be pedophiles. Kamala Harris did not want to attend an event hypocritically run by an organization she did not respect as one who spent a couple of decades in law enforcement wherein Trump used it to increase the amount of the Catholic vote, particularly from Hispanics who just happen to be the majority of persons illegally in our nation whom he wants to round up and deport, promising to enact legislation making it punishable by 10 years in prison if you come over our border illegally for a third time. I'm sure Trump never employed in his companies and casinos and hotels and landscapers illegal aliens. I'm sure everyone at Doral in Miami was a citizen, or had a work permit or green card. I'm sure of it. No, I am being sarcastic.

His dishonesty and hypocrisy regarding the border is compounded by the fact that one of the fundamental precepts of Catholicism is empathy and compassion for the poor. He wants to round up and deport people fleeing poverty that most Americans never come close to experiencing, he wants to punish those fleeing oppression, violence, dictatorships, lack of jobs and poverty. Haiti is in disarray, the U.S. just ordering no flights to the country because planes are being shot at by gangs. Would Trump as POTUS try to help Haiti and make it a trading partner and stable or would he listen to a sycophant loyalist who convinced Trump to say at his debate with the Vice President that Haitians are eating cats. He was so resoundingly defeated that he refused a second scheduled debate and an interview with 60 minutes. HE HAS BECOME SO ADEPT AT LYING, ACCUSING, CHANGING THE SUBJECT, DEFLECTION, THAT PEOPLE ARE NO LONGER AGHAST AT HIS CHAOS AND BOMBASTIC NATURE CATAPULTING HIM INTO THE WHITE HOUSE UNAWARE OF THE ADAGE THAT **WHEN YOU POINT ONE FINGER OUT THREE POINT BACK.**

## CONCLUSION AND PRAYER FOR RELIEF

In conclusion, the plaintiff John Doe, respectfully requests the court issue an injunction prohibiting the defendant, Donald J. Trump, from taking the oath of office to become President of the United States of America on January 20, 2025 at noon. This oath is customarily given by the Chief Justice of the United States Supreme Court. Plaintiff further requests that the Chief Justice John G. Roberts be prohibited from administering the oath of office in that he would be swearing in a person incapable of taking the oath to tell the truth .Based on his history of criminality, deception, lies, corruption, and the events of January 6, 2021 which he orchestrated almost leading to the death of his Vice President and his pending felony cases for insurrection and mishandling of secret documents preclude him from being entrusted with the powers conferred on the President by the Constitution and prove he has no loyalty but to himself and his incessant need for adulation, power, and the accumulation of wealth.

Respectfully submitted,

John Doe

November 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed by United States mail to the attorney for the defendant at his New York office this 15TH day of November, 2024.

*John Doe*

John Doe

I am electing to use the name John Doe for fear of reprisal from the type of Trump loyalists who stormed the U. S. Capitol on January 6, 2021 and I qualify and meet the test enumerated in James v. Jacobson, 6 F.3d 233, 238 (4th Cir. 1993). I fear retaliatory physical and mental harm to myself and perhaps others.

**Documents reflecting on the character of Donald J. Trump**

1. Report on the Investigation Into Russian Interference in the 2016 Presidential Election, also known as the Mueller Report. April 18, 2019, 448 pages, John Durham report of May 15, 2023 306 pages, Inspector General Investigation by Michael Horowitz, report of 568 pages, December 9, 2019.
2. Trump Impeachment Article adopted by the U.S. House of Representatives December 19, 2019. 658 page report including bribery and wire fraud charges (felonies involving dishonesty).
3. Trump Impeachment Article II January 13, 2021 incitement of insurrection on January 6, 2021.
4. Final Report of the Select Committee to Investigate The January 6th Attack on the U.S. Capitol. 10 month investigation with televised public hearings, report of 845 pages issued December 2022 by Chairman Congressman Bennie Thompson of Mississippi.
5. Federal indictment by Special Counsel Jack Smith of Donald J. Trump: 4 felony counts filed 8/1/2023. Violations of 18 U.S.C. 371, 18 U.S.C. 1512 (k), 18 U.S.C. 1512 (c) (2) 2, 18 U.S.C. 241. This case is in abeyance after the election of Trump as POTUS on November 5, 2024.
6. Federal indictment of Donald J. Trump by Special Counsel Jack Smith on 6/8/2023 on 37 felony counts. This case was dismissed by the federal judge in the Southern District of Florida after the ruling by the USSCT in **Trump v. United States.** The dismissal has been appealed by the government to the 11th Circuit Court of Appeals in Atlanta, Ga. The indictment alleged violations of: 18 U.S.C. 793(e), 18 U.S.C. 1512(k), 1512 (b) (2) (a), 1512 (c) (1), 18 U.S.C. 1519, 1001 (a)(1), 1001 (a)(2), 18 U.S. 2.
7. Fulton County Superior Court, Georgia: indictment of 8/14/2023, 13 felony counts alleging election interference.
8. Two Civil court judgments from New York State: $83.3 million on January 26, 2024 and May 9, 2023 for $5 million for plaintiff Jean Carroll after jury findings of defamation and sexual assault. Cases are on appeal.
9. Manhattan, NY criminal conviction on 34 counts of first degree falsifying of business records by a jury on May 30, 2024. Sentencing 11/26/24.
10. New York Attorney General civil judgment of $500 million for fraudulent business practices. Case is on appeal.

**Instances of sexual depravity of Donald J. Trump**

Found liable by a Manhattan, NY jury of sexual assault of Jean Carroll on May 9, 2023 and ordered to pay $5,000,000.

Documented affairs with Marla Maples, Stormy Daniels, Karen McDougal. His affair with Maples was open and plastered on NY tabloids. His affair and cover-up with exotic film actress Stormy Daniels lead to 34 felony convictions in Manhattan, NY criminal court, and he had a 10 month affair with Playboy centerfold of December 1997 and Playmate of the Year for 1998 Karen McDougal.

The Washington Post on October 7, 2016 published a story that while on a bus with television personality Billy Bush in September 2005 on the way to an Access Hollywood filming session Trump, in speaking about his fame and its relationship to women stated: "And when you're a star, they let you do anything…. Grab'em by the pussy. You can do anything".

In the 2016 Presidential campaign Trump had a running back and forth of insults with Senator Marco Rubio of Florida. Rubio insulted the size of Trump's hands and he responded by calling Rubio "little Marco" and implied that his sex organ (Trump's) was not little.

In the 2024 campaign on October 19, 2024 at a rally in Latrobe, PA Trump, an avid golfer, paid homage to legendary golfer Arnold Palmer. Rather than speak of Palmer's philanthropy including among other things the Orlando Health Arnold Palmer Hospital for Children and the Orlando Health Winnie Palmer Hospital for Women & Babies Trump spoke of the golfer who died in 2016 of being "all man" and that when he took showers with other pros, they came out of there and they said: "Oh my god, that's unbelievable". The Palmer family then had to respond if the family was upset at the former President.