IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

   Plaintiff,

   Vs.                                           CASE NO. 1:24-cv-03303-UNA

DONALD J. TRUMP,

   Defendant.

_____/

**MOTION TO DECLARE THAT THE DEFENDANT ENGAGED IN AN INSURRECTION IN JANUARY 2021 WHILE PRESIDENT OF THE UNITED STATES AND SHOULD BE PROHIBITED FROM HOLDING CIVIL OR MILITARY OFFICE UNDER THE UNITED STATES PURSUANT TO THE 14TH AMENDMENT, SECTION 3.**

COMES NOW the plaintiff, proceeding pro se, and hereby files this motion in support of his complaint seeking a permanent injunction to prevent Donald J. Trump, former President of the United States from 2017 -2021 and the duly elected POTUS from the November 5, 2024 election, from taking the oath of office on January 20, 2025 at noon at the U.S. Capitol to assume the Office of the President for four years.

### Argument that the Defendant Committed an Insurrection

The defendant has been determined to be an insurrectionist by order on November 17, 2023 by Judge Sarah B. Wallace after a trial in Denver, Colorado. **Norma Anderson et al. v. Jena Griswold in Official Capacity as Secretary of State AND Intervenors: Colorado State Republican State Central Committee and Donald J. Trump.**

Case No. 2023 CV 32577, Division 209, 102 page order. District Court, City and County of Denver, State of Colorado, 1437 Bannock Street, Denver, Co 80202.

The defendant appealed to the Supreme Court of the State of Colorado where the trial court order finding that Donald J. Trump engaged in an insurrection was affirmed December 19, 2023. Supreme Court Case No. 23 SA 300, Appeal pursuant to Section 1-1-113 (3), C.R.S. (2023), 2020 Co 63. Petitioners v. Respondent – cross appellant Donald J. Trump. The Supreme Court of the State of Colorado 2 East 14th Avenue, Denver, Co 80202. The Supreme let the finding of the defendant having committed an insurrection stand but reversed the finding of the trial court to leave the defendant's name on the ballot for the upcoming November 2024 Presidential election.

The defendant appealed to the United States Supreme Court (USSCT) whose decision is found at **Trump v. Anderson**, 601 U.S. 100, (2024). The court held that Trump would remain on the ballot.

The Fourteenth Amendment to the United States Constitution, Section 3 states the following:

Amendment XIV {1868} Section 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

An insurrection is "a violent uprising against an authority or government".

Judge Wallace is not the only judge to make findings of fact that the defendant committed an insurrection as well as the 845 page report of the Select Committee To Investigate the January 6th Attack on the U.S. Capitol issued on December 22, 2022 by chairman Congressman Bennie G. Thompson of Mississippi which was received into evidence as a hearsay exception in the defendant's Colorado trial over his objection. The report recommended the U.S. Department of Justice (DOJ)

consider criminal charges against the defendant and special counsel Jack Smith did obtain a criminal indictment for violations of four separate federal criminal statutes.

In a lawsuit filed by persons seeking damages for injuries sustained in the January 6th assault, United States District Judge for the District of Columbia Amit P. Mehta made factual findings indicative of the defendant having engaged in insurrection and included them in his opinion in **Thompson v. Trump**, 590 F. Supp. 3d 46 (D.D.C. 2022). Case No. 21-cv-00400 (APM), 21-cv-00586 (APM), and 21-cv-00858 (APM). United States District Court District of Columbia.

Judge Mehta made the following findings: President Trump sowed the seeds of doubt about the election's fairness by stating the election would be a "fraud", "rigged", and his "adversaries were trying to steal". Efforts were made to influence state and local election officials, threats were made, the Secretary of the State of Georgia was called "an enemy of the people". Stop the Steal rallies were held to indoctrinate supporters that the election was rigged. The organization Proud Boys was told by Trump to "Stand Back and Stand By". They replied; "yes sir".

Judge Mehta's findings of fact were not disturbed by the Circuit Court of Appeal for the District of Columbia.

Evidence of the violent nature of the January 6, 2021 assault on the Capitol is supported by the following information from the United States Attorney's Office for the District of Columbia from November 6, 2024 – 46 months from the date of the assault:

1561 individuals have been charged for crimes and 979 have entered guilty pleas, 318 for felonies and 661 for misdemeanors. 169 of the guilty pleas were to assaulting a law enforcement officer. 69 pleas were to assaulting a law enforcement officer with a dangerous weapon, 174 charged with entering a restricted area with a weapon. 210 were convicted at trial, 10 of seditious conspiracy, 645 have been sentenced to incarceration.

Over 140 officers of the Washington D.C. Metropolitan Police and Capitol Police were injured in the assault, one protester was shot to death and two suffered

fatal heart attacks, one had a drug overdose the day after the assault and four law enforcement officers committed suicide in days following January 6th.

Before going into a brief summary highlighting some of the more important facts determined by the Select Committee's bipartisan report of 845 pages with 9 members of Congress constituting the committee, plaintiff wishes to apprise the court of another litigation concerning the defendant pertinent to this complaint seeking an injunction.

## THE DEFENDANT ADMITTED TO BEING AN OFFICER OF THE UNITED STATES WHILE PRESIDENT OF THE UNITED STATES

The defendant was sued in the Superior Court of the District of Columbia alleging violations of the District's common law of unfair competition related to the president's operation of the Old Post Office and it taking business away from the plaintiff. The President sought and successfully removed the case to federal court utilizing the federal removal statute, 28 U.S.C. {1442} (a) (1). The district court denied Cook's motion to remand the case, then dismissed its complaint for failure to state a claim. **K & D LLC v. Trump Old Post Office**, LLC, 951 F. 3d 503.

At page 9 of the brief of Defendant – Appellees Trump Old Post Office, LLC and Donald J. Trump before the United States Court of Appeals for the District of Columbia Circuit the following argument is made:

President Trump properly removed this action under the federal officer removal statute, 28 U.S.C. {1442}. This statute is broadly construed to allow federal officers to remove actions to federal court so long as (1) they raise a colorable – i.e., non-frivolous-federal defense and (2) the action is related to – i.e., connected or associated with the federal office. Brief page 9.

In this document the defendant, while POTUS, admitted to being an officer of the federal government and used that status to avail himself of the law to remove the lawsuit to federal court where he prevailed. Taking this information in conjunction with the requirements of the 14th amendment section 3 the defendant: 1. Took the oath of office to assume the Office of the POTUS on the steps of the U.S. Capitol at noon on January 20, 2017.  2. He engaged in insurrection. 3. He is prohibited from holding a civil or military office under the

United States.

**REFERENCES TO THE FINAL REPORT OF THE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL**

As previously indicated this 845 page report was issued December 22, 2022 after a ten month investigation, televised hearings, and an exhaustive meticulously detailed report by the following members of Congress comprising the committee: Bennie G. Thompson chairman, Liz Cheney, Zoe Lofgren, Adam B. Schiff, Pete Aguilar, Stephanie N. Murphy, Jamie Raskin, Elaine G. Luria and Adam Kinsinger. The findings of the committee were broken down to eight chapters as following:

| | | |
|---|---|---|
| 1 | The Big Lie | Sections 1.1 – 1.9 |
| 2 | "I just want to find 11,780 votes" | Sections 2.1 – 2.7 |
| 3 | Fake Electors and the "President of the Senate Strategy" | Sections 3.1 – 3.6 |
| 4 | "Just call it corrupt and leave the rest to me" | Sections 4.1 – 4.15 |
| 5 | A Coup in search of a Legal Theory | Sections 5.1 – 5.5 |
| 6 | "Be there, will be wild" | Sections 6.1 – 6.17 |
| 7 | 187 Minutes of Dereliction | Sections 7.1 – 7.14 |
| 8 | Analysis of the Attack | Sections 8.1 – 8.9 |

**CHAPTER 1 THE BIG LIE**

This chapter documents President Trump on election night in 2016 declaring victory before the vote count was concluded ignoring the advice of his campaign manager and several others except an intoxicated Rudy Giuliani. He called for the vote count to stop and in the days after the election he ignored his own campaign team and fired them unwilling to believe that there was no significant fraud and that he had lost. Trump claimed that mail in voting would produce a "rigged election" and tweeted as such on April 7 and 8, May 24 and September 17, 2016.

The Trump campaign and allies of Trump filed 62 lawsuits between November 4, 2020 and January 6, 2021 (page 211 of the Report) in 9 states and District of

Columbia, losing 61 of the 62. 22 judges appointed by Republican Presidents oversaw the cases, 10 appointed by Trump.

The committee, in chapter 1, went on to point out that Trump was laying the groundwork to promote conspiracy theories, attack Dominion voting machine integrity, and at a November 19, 2020 press conference Trump lawyers Rudy Giuliani, Sidney Powell and Jenna Ellis made false claims about Dominion, claimed the government of Venezuela and Hugo Chavez were conspiring against Trump. Trump tweeted or retweeted 30 times false claims about Dominion. Ellis and Powell subsequently plead guilty to felonies for spreading false information about the election and Dominion.

On January 2, 2021 President Trump had a phone call with the Secretary of State of Georgia Brad Raffensperger repeatedly bringing up Dominion's voting machines, a conspiracy against him and he demanded Raffensperger find 11,780 votes for him so he would win the state of Georgia and its electoral votes. The call was recorded and Trump was asking the official to commit a felony and do violate his oath of office. A video played by Rudi Giuliani accusing two poll workers of hiding ballots at State Farm Arena and committing fraud resulted in a law suit against Giuliani and a Washington D.C. jury found Giuliani liable for $148 million.

### CHAPTER 2 I just want to find 11, 780 votes

At pages 282-291 the committee documents the targeting of state officials in Arizona, Michigan, Pennsylvania, Georgia.

Pages 300-307 Threats made to state officials not willing to manipulate elections results.

### CHAPTER 3 FAKE ELECTORS AND THE "PRESIDENT OF THE SENATE STRATEGY"

Fake electors cast votes on December 14, 2020 in seven states: Arizona, Georgia, Michigan, Nevada, New Mexico, Pennsylvania and Wisconsin as part of an illegal plan. On June 7, 2022 federal judge David Carter stated that the initiative "to certify alternate slates of electors for President Trump constituted a "critical objective of the January 6 plan". Trump corruptly attempted to obstruct the Joint Session of Congress on January 6, 2021. Page 359 of the Report. **Order re Privilege of Documents Dated January 4-7, 2021**, at 36, Eastman v. Thompson,

594 F. Supp. 3d 1156 (C.D. Cal., March 28, 2022). No. 8:22-cv-99-DOC-DFM.

Fake electoral votes the Trump team tried for weeks to manufacture and deliver never made it to the Vice President as he presided over the receiving of the electoral votes at the Joint Session of Congress on January 6, 2021. At page 354 of the Report the Senate Parliamentarian noted materials failed to meet requirements of federal law including a proper seal.

### CHAPTER 4 "Just call it corrupt and leave the rest to me"

Those are the words of the POTUS. Attorney General Barr told President Trump that there was no evidence of fraud and submitted his resignation December 14, 2020 in part due to his opposition to the findings of an ASOG report by a contractor of Trump loyalists claiming voter fraud. In a series of meetings Trump considered making Jeffrey Clark his attorney general to replace Jeffrey Rosen and Richard Donoghue who would not adopt the findings of an ASOG report that suggested conspiracy to defeat Trump in the election. Clark drafted a letter to several states, not sent, to certify fake electors. At pages 384-386 of the Report Trump said to deputy attorney general: "Just say the election was corrupt and leave the rest to me and the Republican congressmen". They were Jim Jordan of Ohio, Doug Mastriano of Pennsylvania, and Scott Perry of Pennsylvania.

### CHAPTER 5 A COUP IN SEARCH OF A LEGAL THEORY

This chapter entails the disturbing efforts to pressure the Vice President of the United States to violate the law and his oath of office and refuse to certify the electoral votes on January 6, 2021 and award Joseph R. Biden as the winner of the 2020 election and to be sworn in as POTUS on January 20, 2021, two weeks away.

On January 4, 2021 President Trump met with Vice President Pence and John Eastman wherein he was given two options: both illegal and in violation of the Electoral Count Act of 1887, (1) delay the January 6 session (2) reject certified state electors. Simultaneously the United States Secret Service was documenting threats against the Vice President. Pages 428-430 of the Report.

On January 6, 2021 President Trump tweeted: "Mike Pence didn't have the courage to do what should have been done to protect our Country and our

Constitution, giving states a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!

When told that protesters were calling to hang the Vice President Trump said that it was "common sense". Not overly concerned about the safety of his Vice President.

On December 23, 2020 John Eastman wrote a two page memo encouraging the Vice President to violate the law regarding Arizona electoral votes and on January 3, 2021 wrote a six page memo with several scenarios titled "War Gaming the Alternatives" detailing ways Trump could remain in power.

Federal lawsuit in the Eastern District of Texas: filed by congressman Louie Gohmert, John Eastman and Jenna Ellis against Vice President Pence to sway his actions on January 6, 2021. Pages 432-443 of the Report.

On January 4, 2021 President Trump convened a meeting with Vice President Pence and his senior staff, John Eastman, and chief of staff to the POTUS Mark Meadows was present at the beginning of the meeting and left, the White House Counsel was not present. Efforts were made to influence the Vice President to violate the law on January 6th. According to the deposition of Greg Jacob Eastman admitted his plan was illegal and violated the Electoral College Act.

Pages 443-469 document, by the committee's REPORT further efforts to influence the Vice President to commit fraud at the urging of the POTUS. January 2021 the President attended a rally in Georgia and criticized the Vice President, on January 5, 2021 the President met with the Vice President at the White House, on January 6th the President tweeted disappointment with the Vice President, Steve Bannon was being critical on his podcast and at 11:20 am on January 6th the President and Vice President had a heated exchange on the phone. This was while the rally the President organized was occurring, having begun at 8:50 am and the President took the stage at noon, following Mo Brooks, his son Donald Jr., Rudy Giuliani, John Eastman.

Chapter 5 details the conspiracy by the POTUS Donald J. Trump to pressure the Vice President of the United States to violate his oath of office, commit felonies,

and undue the results of the November election in a joint session of Congress and award the presidency to President Trump who had lost the election.

### CHAPTER 6 "Be there, will be wild"

President Trump tweeted that Peter Navarro, White House staffer, had released a 36 page report detailing fraud in the election and announced a rally in Washington D.C. on January 6, 2021. "Big Protest on January 6. Be there, will be wild! December 19, 2020.

Extremists were rallied by the tweet. Proud Boys leader Henry "Enrique" Tarrio said the tweet set in motion what lead to the attack. Tarrio received a prison sentence of 22 years for his actions on January 6th and 4 other members of the Proud Boys received prison sentences in excess of ten years. Extremist groups the Proud Boys, Oath Keepers, Three Percenters and Groypers planned to attend the rally across from the White House, an area called the Ellipse. From the date of the November election until January 6, 2021 49 protests by extremists occurred at or inside state capitols. Alex Jones on November 18, 2020 in Atlanta held a protest at the Georgia State Capitol. Page 504 of the Report. The Proud Boys said "we will kill you". Page 507 of the Report. Because of the nature of these groups President Trump thought the National Guard should be summoned to protect him if he joined them in a march to the Capitol. The National Guard was to protect Trump, it was not to protect the Capitol. See pages 533-535 of the Report.

### CHAPTER 7 187 MINUTES OF DERELICTION

Pages 577-634 of the Report documents the day of January 6, 2021. Trump concluded a speech to the mob at approximately 1:10 pm. At 1:21 pm he was told that the Capitol was under attack. His speech is documented in the report at pages 585-587. He was angry as he returned to the White House that he would not be allowed to walk with the mob to the Capitol. Pages 592-607. Trump was upset at the crowd size and told that about 25,000 onlookers were unwilling to pass through Secret Service magnetometers because they were armed. Trump know many protesters were armed. Report page 585.

The committee documents efforts to convince Trump to tell the rioters to stand down. From 1:10 pm until 4:17 pm when he appeared in a video and said:

"go home, we love you, you're very special".  For 187 minutes he did not exercise his power as commander in chief to summon assistance to stop the assault on the Capitol on the day of a joint session of 545 members of Congress. Chairman of the Joint Chiefs of Staff Mark Milley was interviewed by the committee on November 17, 2021 and at page 268 testified that the President did not do anything while he and the Vice President were active in making calls.

Chapter 7 documents the activities of dozens of individuals, family and close confidants of the President, White House staff, the Fox network as this played out on national television, government officials, imploring the President to speak to the rioters and to have them stand down. He further infuriated them with his tweet of 2:24 pm which put the Vice President's life in danger.

## CHAPTER 8 ANALYSIS OF THE ATTACK

This chapter documents the timeline of the attack itself, storming the Capitol, assaulting law enforcement officers, the Vice President and Senators being escorted to safety, breach of barriers, the shooting of a veteran trying to break into the House chamber by security personnel.

Finally, at issue in this case is the 14th Amendment and its wording. Previously it was documented that the defendant admitted to being an officer of the United States. He took the oath of office on January 20, 2017 pursuant to Article II, Section 1.  {8} to preserve, protect and defend the Constitution of the United States and faithfully execute the OFFICE OF PRESIDENT.

The 22nd amendment, Amendment XXII (1951) and 25th amendment, Amendment XXV (1967), make reference to the "office of the President", six times in section 1 of the 22nd amendment. Furthermore, "office" is used five times in Section 4 of the 25 amendment and in sections 1-3.

WHEREFORE, the plaintiff requests the court find that the defendant was assuming an office of the federal government when he took the oath of office to be POTUS on January 20, 2021, that he committed an insurrection in January 2021 while POTUS, and he is prohibited from being sworn in as POTUS on January 20, 2025 because he is ineligible to hold office, civil or military, pursuant to Section 3 of the 14th Amendment to the U.S. Constitution.

Respectfully submitted,

John Doe

*John Doe*

Date: December 4, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed to Mr. Todd Blanche, attorney for the defendant, 99 Wall Street Suite 4460 New York, NY 10005 this 4th day of December, 2024.

John Doe

*John Doe*

-11-

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

   Plaintiff,

V.                                                CASE NO. 1:24-cv-03303-UNA

DONALD J. TRUMP,

   Defendant.

_____/

**MEMORANDUM OF POINTS and AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DECLARE THAT THE DEFENDANT ENGAGED IN AN INSURRECTION IN JANUARY 2021 WHILE PRESIDENT OF THE UNITED STATES AND SHOULD BE PROHIBITED FROM HOLDING CIVIL OR MILITARY OFFICE UNDER THE UNITED STATES PURSUANT TO THE 14TH AMENDMENT, SECTION 3.**

    Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

18 U.S.C. 2383. Rebellion or insurrection

    The plaintiff submits that the defendant, Donald J. Trump, violated the above federal statute. Others agree. Judge Sarah B. Wallace presided over a five day trial in the State District Court in Denver, Colorado and found the defendant to have engaged in insurrection and ordered that his name remain on the 2024 presidential ballot issuing a 102 page order. **Norma Anderson et.al. v. Jena Griswold in Official Capacity as Secretary of State and Intervenors: Colorado State Republican State Central Committee and Donald J. Trump**, Case No. 2023 CV 32577, Division 209, District Court, City and County of Denver, State of Colorado -1437 Bannock Street, Denver Co 80202.

      In **Trump v. Anderson**, 601 U.S. 100 (2024) the USSCT stated: In December,

the Colorado Supreme Court reversed in part and affirmed in part by a 4 to 3 vote. Reversing the District operative holding, the majority concluded that for purposes of Section 3, the Presidency is an office under the United States and the President is an officer of the United States. The court otherwise affirmed, holding (1) that the Colorado Election Code permitted the respondent's challenge based on Section 3; (2) that Congress need not pass implementing legislation for disqualifications under Section 3 to attach; (3) that the political question doctrine did not preclude judicial review of former President Trump's eligibility; (4) that the District Court did not abuse its discretion in admitting into evidence portions of a Congressional Report on the events of January 6; (5) that the District Court did not err in concluding that those events constituted an "insurrection" and that former President Trump "engaged in " that insurrection; and (6) that former President Trump's speech to the crowd that breached the Capitol on January 6 was not protected by the First Amendment. See id.1a-114a.

This case raises the question whether the States, may also enforce Section 3. We conclude the States may disqualify persons holding or attempting to hold state office. But states have no power under the Constitution to enforce Section 3 with respect to federal officers, especially the Presidency. Slip opinion 601 U.S. page 6 (2024).  The court reinstated the defendant to the 2024 ballot agreeing with the Colorado Supreme Court. The court did not address, refute, criticize the trial court and Colorado Supreme Court findings that the defendant engaged in insurrection on January 6, 2021 in Washington DC on the day of a joint session of Congress to receive the electoral college vote and declare Joseph R. Biden winner of the 2020 election.

The plaintiff disagrees with the analysis of Justice Barrett, as do Justices Sotomayor, Kagan and Jackson, that section 5 of the 14th Amendment leaves to Congress the power to enforce a violation of Section 3. The court resolved a question not before it when opining which federal actors can enforce Section 3, and how they must do so. Page 3 of 6 of concurring in judgment by Justices Sotomayor, Kagan and Jackson.

**PRESIDENT TRUMP WAS AN OFFICER OF THE UNITED STATES AS PRESIDENT OF THE UNITED STATES**

President Trump cannot rely on dictum in **Trump v. Anderson** and argue that he is not an officer under the United States when as President, he not only characterized himself as such but used his title as an officer of the United States to move a lawsuit filed against him in the District of Columbia Superior Court for unfair competition to federal district court in the District Court of the District of Columbia on March 9, 2017. **K & D LLC v. Trump Old Post Office LLC**, 951 F. 3d 503(D.C. Cir. 2020). Once removed to federal court the dispute over unfair competition under District common law for "the unfair advantage that the [Hotel]... has gained from Defendant Donald J. Trump being POTUS. Id.at 3.

28 U.S.C {1442 Federal Officers or agencies sued or prosecuted states in subsection (a) the following:

A civil action or criminal prosecution that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:

(1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof; in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of revenue.

Additional authority for the proposition that the defendant was an officer of the United States upon his swearing in to "faithfully execute the Office of President of the United States" on January 20, 2017 is found in the United States Constitution at Article II Section 1. [8], the 22nd Amendment – XXII [1951] in section 1 six times, and the 25th Amendment XXV [1967] Sections 1 and 4 a total of six times.

Article II Section 1. [1].The executive Power shall be vested in a POTUS of America. He shall hold **his Office**...

Article II Section1. [6] In Case of the Removal of the President from Office...

Article II Section 1. [8] Before he enter on the Execution of his Office…

Article II Section 2 [1-3] lists powers of the President. He may require the Opinion, in writing, of the principal Officer in each of the executive Departments, up on any Subject relating to the Duties of their respective Offices… Article II Section 2. [1].

Are we therefore to believe he is not an officer when he is superior to the principal officer of each of the executive departments who he can order to report to him? In modern day parlance this working from our 1789 Constitution is what we now call the 15 cabinet agencies or departments as well as the head of the CIA, FBI, White House Chief of Staff, National Security Advisor.
Article II Section 2. [2] The President shall nominate… Officers of the Unites States
Article II Section 3 … and shall Commission all the Officers of the United States
Article II Section 4. The President, Vice President and all civil Officers…

The above references to the U.S. Constitution make it abundantly clear that the Office of the President is an officer at the apex of all federal officers, The Chief Executive Officer of one of our three branches of government. President Trump acknowledged that power given him in the Constitution and its status when he employed federal law 28 U.S.C. to remove a case to federal court as an officer of the United States.

Further evidence of the defendant having engaged in insurrection **AND** as an officer under the United States is in the opinion of federal district judge Amit P. Mehta in the case **District Court For The District of Columbia in Thompson v. Trump**, 590 F. Supp. 3d 46, 102 (D.D.C. 2022) Case No. 21-cv-00400 (APM), 21-cv-00586 (APM) and 21-cv-00858 (APM), U.S. District Court District of Columbia. Judge Mehta made the following observation: He told rally-goers to "fight like hell and if you don't fight like hell, you're not going to have a country anymore". When they did fight like hell he did

-4-

not demand they act "peacefully and patriotically". He instead tweeted "Mike Pence didn't have the courage to do what should have been done to protect our Country". Later he referred to those who had attacked the Capitol as "great patriots" and told them to, "Remember this day forever". 590 F.Supp.46, 102.

The federal judge for the District of Columbia pointed out in his opinion that the defendant's repeated use of "we" tied him into the conspiracy for which a federal indictment was obtained.

The president tweeted a photo of the rally captioned "We will WIN!" and a tweet stating "WE HAVE JUST BEGUN TO FIGHT!!!."

Also from Judge Mehta: The Offices of the President and the Vice President unquestionably qualify as "any office, trust, or place of confidence under the United States. Id. 94. Persons seeking to "accept [] or hold []" those offices therefore are, in President Trump's terms, "covered federal officials". So, even if the Bass Plaintiffs are not "covered federal officials", President-elect Biden and Vice President – elect Harris are and a conspiracy directed at preventing them from accepting or holding office states a {1985 (1) claim. Id. 94 42 U.S.C. {1985 (1).

Judge Mehta therefore concludes that the Office of POTUS is a federal official. Fourth, the President's January 6 Rally Speech can reasonably be viewed as a call for collective action. The President's regular use of the word "we" is notable. To name just a few examples; "We will not take it anymore"; "We will 'stop the steal'"; "We will never give up"; "We will never concede"; "We will not take it anymore"; "All Mike Pence has to do is send it back to the states to recertify and we become president"; "[W] e're going to fight much harder"; "We can't let that happen"; "We're going to walk down … "; "We fight like hell"; "We're going to walk down Pennsylvania Avenue". We used repeatedly is this context implies that the President and rally-goers would be acting together towards a common goal. That is the essence of a civil conspiracy. Id. At 103.

When the **K & D LLC v. Trump Old Post Office**, LLC was appealed to the

U.S. Court of Appeals for the District of Columbia Circuit a ruling occurred on February 28, 2020, No. 18-7185 United States Court of Appeals For the District of Columbia Circuit.

President Trump raised two federal defenses in his notice of removal. First, he argued that the District may not impose legal conditions on the lawful performance of his presidential duties. J.A. 59 (page 5). Because we find the first defense colorable, we need not address the President's alternative argument based on presidential immunity. Because President Trump has raised a colorable federal defense and demonstrated that Cork's suit falls within the scope of 1442 (a) (1), we conclude that this case was properly removed and the district court possessed subject –matter jurisdiction. Id. P. 8-9.

For the Court of Appeals to find proper removal they had to find that the President was AN OFFICER UNDER THE STATUTE.

For the reasons specified in this memorandum of points and authorities the plaintiff submits that the defendant is not qualified to take the oath of office on January 20, 2025. He engaged in an insurrection while POTUS having taken the oath of office on January 20, 2017 to assume the Office of the President of the United States and pursuant to the 14th amendment to the U.S. Constitution, Section 3 he is disqualified from holding a civil or military office under the United States. The judge in Colorado who presided over his trial found him to have engaged insurrection, the Colorado Supreme Court agreed, the USSCT did not comment nor refute the legal finding of insurrection, the defendant admitted to being an officer under the United States in his removal action and that status was upheld by the Court of Appeals.

Respectfully submitted,

*John Doe*
John Doe, pro se

December 4, 2024

## STATEMENT OF AUTHORITIES

1. 18 U.S.C. 2383 Rebellion or insurrection
2. **Norma Anderson et.al. v. Jena Griswold in Official Capacity as Secretary of State AND Intervenors: Colorado State Republican State Central Committee and Donald J. Trump**, Case No. 2023 CV 32577, Division 209 District Court, City and County of Denver, CO.
3. 14th Amendment Section 3, United States Constitution. [1868].
4. **Trump v. Anderson**, 601 U.S. 100 (2024).
5. **K & D LLC v. Trump Old Post Office LLC**, 951 F.3d 503 (D.C. Cir. 2020)
6. 28 U.S.C. {1442 (a) (1). Federal officers or agencies sued or prosecuted.
7. U.S. Constitution Article II Section 1. [8].
8. XXII Amendment to the U.S. Constitution (1951).
9. XXV Amendment to the U.S. Constitution (1967).
10. U.S. Constitution Article II Section 2. [1-3].
11. U.S. Constitution Article II Section 3.
12. U.S. Constitution Article II Section 4.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

  Plaintiff,

v.

DONALD J. TRUMP,

  Defendant.

_____/

CASE NO. 1:24-cv-03303UNA

### ORDER

  Upon consideration of plaintiff's motion to have the court find the defendant to have engaged in insurrection having taken an oath as an officer under the United States and otherwise fully advised in the premises the court grants the plaintiff's motion for an injunction prohibiting the defendant from holding any office, civil or military, under the United States.

  ORDERED that plaintiff's motion is granted.

  This is a final appealable order.

_____

UNITED STATES DISTRICT JUDGE

RECEIVED
Mail Room
DEC - 9 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia